☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Professional Investors 23, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

None.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

47 – 1699320
EIN

**5. Debtor's address**

**Principal place of business**

350 Ignacio Blvd.
Number  Street

Suite 300

Novato         CA      94949
City           State   ZIP Code

Marin
County

**Mailing address, if different**

_____
Number  Street

_____
P.O. Box

_____
City    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number  Street

_____
City    State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  Professional Investors 23, LLC                          Case number (*if known*) _____
        Name

| 6. Debtor's website (URL) | https://www.investorspfi.com/ |

| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|   | ☐ Partnership (excluding LLP) |
|   | ☐ Other type of debtor. Specify: _____ |

| 8. Type of debtor's business | *Check one:* |
|   | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|   | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|   | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|   | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|   | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|   | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|   | ☐ None of the types of business listed. |
|   | ☐ Unknown type of business. |

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☐ No
☒ Yes.  Debtor  Professional Financial Investors, Inc.     Relationship  Affiliate
        District  Northern District of California   Date filed  07/26/2020   Case number, if known  20-30604
                                                    MM / DD / YYYY

        Debtor  _____                Relationship  _____
        District  _____  Date filed  _____  Case number, if known  _____

## Part 3: Report About the Case

| 10. Venue | *Check one:* |
|   | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|   | ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|   | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|   | *At least one box must be checked:* |
|   | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|   | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No |
|   | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Case: 20-30923   Doc# 1   Filed: 11/20/20   Entered: 11/20/20 13:05:57   Page 2 of 4

| Debtor | Professional Investors 23, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Professional Financial Investors, Inc. | Intercompany Loan | $ 904,255.00 |
| | Total of petitioners' claims | $ 904,255.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Professional Financial Investors, Inc.
Name

350    Ignacio Blvd., Suite 300
Number    Street

Novato                    CA              94949
City                      Country         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Hogan
Name

350    Ignacio Blvd., Suite 300
Number    Street

Novato                    CA              94949
City                      Country         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2020
              MM / DD / YYYY

X  /s/ Michael Hogan (DocuSigned)
Signature of petitioner or representative, including representative's title
Chief Restructuring Officer

| | | |
|---|---|---|
| Debtor | Professional Investors 23, LLC | Case number (*if known*) _____ |
| | Name | |

**Attorneys**

Ori Katz and J. Barret Marum
Printed name

Sheppard, Mullin, Richter & Hampton LLP
Firm name, if any

Four Embarcadero Center, 17th Floor
Number    Street

San Francisco                                    CA                              94111
City                  State        ZIP Code

Contact phone    415-434-9100               Email   okatz@sheppardmullin.com/
                                                    bmarum@sheppardmullin.com

Bar number       Ori Katz (209561)/J. Barret Marum (228628)

State            California

✗ *[DocuSigned by: J Barrett Ma, 3EEF0C06C39E4A0...]*

Date signed    11/20/2020
              MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4